```
1   MICHELE BECKWITH
    Acting United States Attorney
2   MATHEW W. PILE
    Associate General Counsel
3   Office of Program Litigation, Office 7
4   JUSTIN L. MARTIN, Missouri State Bar No. 62255
    Special Assistant United States Attorney
5   Office of Program Litigation, Office 7
    Office of the General Counsel
6   Social Security Administration
7   6401 Security Boulevard
    Baltimore, MD 21235-6401
8   Telephone: (206) 615-3735
    Email: Justin.L.Martin@ssa.gov
9
10  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASMINE RAYAN GARCIA, *on behalf of* C.P.J.C., *a minor child*,<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | CIVIL NO. 1:25-cv-00024-SKO<br><br>**STIPULATION & UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 14)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

§ 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to obtain evidence from a qualified pediatric psychologist related to the nature and severity of and functional limitations resulting from Plaintiff's impairments; evaluate whether Plaintiff's impairments meet or medically equal the requirements of a listed impairment, or whether the functional limitations caused by the impairments are the same as the disabling functional limitations of any listing, and therefore, functionally equivalent to such listing; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

      The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                            Respectfully submitted,

DATE: March 18, 2025                         /s/ *Francesco Paulo Benavides*\*
                                                            FRANCESCO PAULO BENAVIDES
                                                            (\*as authorized via e-mail on March 17, 2025)
                                                            Attorney for Plaintiff

                                                            MICHELE BECKWITH
                                                            Acting United States Attorney

                                                            MATHEW W. PILE
                                                            Associate General Counsel
                                                            Office of Program Litigation, Office 7

DATE: March 18, 2025                         By: /s/ *Justin L. Martin*
                                                           JUSTIN L. MARTIN
                                                            Special Assistant United States Attorney
                                                            Office of Program Litigation, Office 7
                                                            Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall close the case.

IT IS SO ORDERED.

Dated:   **March 18, 2025**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE